# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **VIRGINIA B. POINDEXTER,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 08-0028-WS-C** |
| **MICHAEL J. ASTRUE,** | : |
| **Commissioner of Social Security,** | : |
| Defendant. | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 4, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 1st day of July, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE